UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICREST FINANCIAL, INC., a Delaware corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>M/V 4 THE TWINS, U.S.C.G. Official No. 1087404, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, MIKE A. NOBILE, an individual, *in personam*<br><br>                  Defendant. | Case No. 1:10-cv-00046-LJO-GSA<br><br>IN ADMIRALTY<br><br>ORDER AUTHORIZING ARREST OF DEFENDANT VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

        The Court, having reviewed the Verified Complaint of the Plaintiff and the Declaration of Philip E. Weiss, an attorney acting on its behalf, and upon application of Plaintiff for an Order Authorizing a Warrant of Arrest, finds that the conditions for an action *in rem* appear to exist, and it is therefore

        **ORDERED** that the immediate issuance of a warrant for the arrest of the Defendant Vessel M/V 4 THE TWINS, U.S.C.G. Official No. 1087404, and all of her engines, tackle, accessories, equipment, furnishings (the "DEFENDANT VESSEL") and appurtenances is authorized, and it is further

///

        **ORDERED** that the Clerk of the District Court shall immediately prepare a

1 Warrant for the Arrest of the DEFENDANT VESSEL and shall deliver it to the United States
2 Marshal for the Eastern District of California for service; and it is further
3     **ORDERED** that any person claiming an interest in the DEFENDANT VESSEL
4 shall be entitled upon request to a prompt hearing at which the Plaintiff shall be required to show
5 why the arrest should not be vacated or other relief granted consistent with the Supplemental
6 Rules for Certain Admiralty and Maritime Claims, and it is further
7     **ORDERED** that a copy of this Order be attached to and served with the said
8 Warrant For Arrest In Action *In Rem*.
9     IT IS SO ORDERED.
10     **Dated:** **January 19, 2010**              /s/ **Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28