IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICREST FINANCIAL, INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>M/V 4 THE TWINS, U.S.C.G, etc.,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 10-0046 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 16.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates, including the April 8, 2010 scheduling conference; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:     March 23, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1